# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SELECTIVE WAY INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>ROSEANNE BROWNING APPLE, *ET AL.*,<br><br>*Defendants.* | CASE NO. 3:13-CV-00042<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's Bill of Costs, which was filed on December 12, 2016. (Dkt. 133). Plaintiff is seeking $4,443.20 against all defendants. Defendant Hoar filed a brief in opposition, (dkts. 134–35), joined by Defendants Apple, Building Industries, and Gulf Insurance Company, (dkts. 136–37), arguing that some of Plaintiff's costs are not recoverable under 28 U.S.C. § 1920.

For the reasons stated in the accompanying memorandum opinion, Defendants' objections to Plaintiff's Bill of Costs are **SUSTAINED in part** and **OVERRULED in part**. Accordingly, the bill of costs is reduced by $1,324.50, and Plaintiff is **AWARDED** costs in the amount of $3,118.70, against all Defendants, pursuant to Federal Rule of Civil Procedure 54(d). It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

Entered this <u>11th</u> day of January, 2017.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE